The facts found by the jury were, that the defendant Patsy, by her conduct to the deceased, induced him to suppose that she would marry him, and that this encouragement or inducement was the only consideration she gave for the land, except his boarding; but that she never made him any promise-of marriage. That he had urged her to accept the land, before she agreed to take it, and had declared to her, that he did not expect to receive any consideration from her, but wished her to accept it as a gift; and that, at. the time he executed the deeds, he declared, he did not expect that she would marry him. That she was advised by her friends to take the land, before-she agreed to accept it ; and that, after the execution of the deeds, she offered to return to him the land, but he would not receive it. That Brooks, boarded in her house, and never paid her anything therefor, except the land. The jury also found the will of the deceased, and the devise to the complainant.
 

 The decree of the court below, upon argument, was, that the defendants should convey the land to the complainant, and that the complainant should pay the defendants the amount of Brooks’s board, and the taxes which had been paid by the defendants, with interest.
 

 *Which decree was, by this court, without argument, reversed, r*-. and the complainant’s bill dismissed, with costs. L
 

 Decree reversed.